**E-FILED**
Monday, 18 October, 2004  09:41:44 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| RAFEAL D. WHITLOW )<br>)<br>and )<br>)<br>MARIAN BUCHANAN, )<br>)<br>)<br>plaintiffs, )<br>)<br>v. )<br>)<br>TNT LOGISTICS NORTH AMERICA, INC. )<br>)<br>defendant. ) | Case Nos.   03-cv-1117<br>             03-cv-1186<br><br>Consolidated for Discovery<br><br><br>Magistrate Judge Gorman<br>Magistrate Judge Cudmore |

NOTICE OF DEPOSITION

To:   Terence B. Kelly, Esq.            Advantage Reporting Service
      Thomson & Weintraub               110 S.W. Jefferson
      103-5 North Center Street         Peoria, IL 61602
      Bloomington, Illinois 61702

**YOU ARE HEREBY NOTIFIED** that on **Thursday, October 21, 2004**, commencing at **3:00 p.m.**, at the law offices of Thomson & Weintraub, 105 N. Center Street, Bloomington, Illinois, we will take the deposition of **JAN GURITZ**, before a court reporter, for discovery in this case.

Dated:  October 17, 2004

                                          Respectfully submitted,


                                          By:  /s/ Jonathan A. Backman
                                               _____
                                               Jonathan A. Backman

Law Office of Jonathan A. Backman
117 N. Center Street
Bloomington, Illinois 61701-5001
(309) 820-7420
FAX: (309) 820-7430
*Attorney for Plaintiffs Rafeal D. Whitlow
 and Marian Buchanan*

CERTIFICATE OF SERVICE

I, Jonathan A. Backman, an Illinois attorney, hereby certify hereby certify that on October 18, 2004, I electronically filed the foregoing **Notice of Deposition** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that I have hand-delivered the document to the following non-CM/ECF participants:

        Terence B. Kelly, Esq.
        Thomson & Weintraub
        103-5 North Center Street
        P.O. Box 3577
        Bloomington, Illinois  61702-3577

        /s/ Jonathan A. Backman
        _____
        Jonathan A. Backman