IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| RAFEAL D. WHITLOW | ) | |
| and | ) | |
| | ) | Case Nos.   03-cv-1117 |
| MARIAN BUCHANAN, | ) | 03-cv-1186 |
| plaintiffs, | ) | |
| | ) | Consolidated for Discovery |
| v. | ) | |
| TNT LOGISTICS NORTH AMERICA, INC. | ) | Magistrate Judge Gorman |
| | ) | Magistrate Judge Cudmore |
| defendant. | ) | |

NOTICE OF DEPOSITION

To:   Terence B. Kelly, Esq.                    Advantage Reporting Service
      Thomson & Weintraub                       110 S.W. Jefferson
      103-5 North Center Street                 Peoria, IL 61602
      Bloomington, Illinois 61702

**YOU ARE HEREBY NOTIFIED** that on **Thursday, October 21, 2004**, commencing at **10:00 a.m.**, at the law offices of Thomson & Weintraub, 105 N. Center Street, Bloomington, Illinois, we will take the deposition of **LAURA SCOTT**, before a court reporter, for discovery in this case.

Dated: October 17, 2004

Respectfully submitted,

By: /s/ Jonathan A. Backman
    _____
    Jonathan A. Backman

Law Office of Jonathan A. Backman
117 N. Center Street
Bloomington, Illinois 61701-5001
(309) 820-7420
FAX: (309) 820-7430
*Attorney for Plaintiffs Rafeal D. Whitlow*
 *and Marian Buchanan*

## CERTIFICATE OF SERVICE

I, Jonathan A. Backman, an Illinois attorney, hereby certify hereby certify that on October 18, 2004, I electronically filed the foregoing **Notice of Deposition** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

and I hereby certify that I have hand-delivered the document to the following non-CM/ECF participants:

>Terence B. Kelly, Esq.
>Thomson & Weintraub
>103-5 North Center Street
>P.O. Box 3577
>Bloomington, Illinois 61702-3577

>/s/ Jonathan A. Backman
>_____
>Jonathan A. Backman