E-FILED
Tuesday, 02 November, 2004  10:10:22 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS - PEORIA DIVISION

| | |
|---|---|
| MARIAN BUCHANAN, ) | |
| ) | |
| plaintiff, ) | |
| ) | Case No. 03-cv-1186 |
| v. ) | |
| ) | Honorable John A. Gorman |
| TNT LOGISTICS NORTH AMERICA, INC. ) | |
| ) | |
| defendant. ) | |
| ) | |
| RAFEAL D. WHITLOW, ) | (Consolidated for Discovery Only) |
| ) | |
| plaintiffs, ) | |
| ) | |
| v. ) | Case No. 03-cv-1117 |
| ) | |
| TNT LOGISTICS NORTH AMERICA, INC. ) | Honorable John A. Gorman |
| ) | |
| defendant. ) | |

AGREED MOTION (I) FOR CONSOLIDATION OF DISCOVERY WITH
CASE NO. 04-1100, AND (II) FOR EXTENSION OF THE
DISCOVERY CUT-OFF DATE AND
RELATED DATES AND DEADLINES TO THE
DATES AND DEADLINES CURRENTLY SET IN THAT CASE

Plaintiffs Rafeal Whitlow and Marian Buchanan, by their undersigned counsel, and defendant TNT Logistics North America, Inc., by its undersigned counsel, respectfully move this Court (i) to consolidate the discovery in these cases (the "Consolidated Cases") with the discovery currently being conducted in the case styled *Harris v. TNT Logistics North America, Inc.*, Case. No. 04-1100 (the "Harris Case"), and (ii) to extend the discovery cut-off and related dates and deadlines to run concurrently with the dates and deadlines the Harris Case. In support of their motion, the parties state as follows:

1. In a Minute Entry entered by this Court on August 6, 2004, the Court (a) granted the parties' motion in these Consolidated Cases to extend the discovery cutoff and

related dates and deadlines, (b) extended the discovery cutoff to October 31, 2004, and (c) reset the dispositive motion deadline to December 3, 2004.

2. Concurrently with that Minute Entry, the Court also entered a Minute Entry in the Harris Case setting March 31, 2005, as the discovery cutoff, with dispositive motions due by April 29, 2005.

3. During the August 6 telephone conference among all counsel and the Court, counsel apprized the Court that they were pursuing settlement discussions in all three of the cases, and plaintiffs' counsel inquired as to consolidating the discovery in all three.

4. At the time of that conference, however, defendant's counsel was not authorized to agree to the consolidation of the Harris Case with the Consolidated Cases, even for discovery purposes only, and the Court determined (as set forth in the Harris Case's August 6 Minute Entry) that it would not consolidate the cases for discovery without an agreed motion to that effect.

5. Since the August 6 conference, the parties have continued their settlement discussions, and also have come to agree that, in view of the overlap in discovery among all three cases (among other things) the final remaining discovery in the Consolidated Cases should be consolidated with the ongoing discovery in the Harris Case.

6. Such a consolidation would be particularly beneficial here in terms of the efficient use of the Court's and the parties' time and resources because (a) the parties are filing concurrently herewith in the Harris Case a consent to proceed with that Case before this Court, and (b) thus, even if none of the cases settles, the parties could prepare for and participate in a single pretrial conference on all three cases at the time currently set for the pretrial conference in the Harris Case (i.e., July 15, 2005, at 10:00 a.m.).

WHEREFORE, the parties jointly pray that this Court enter an Order:

    A.    Consolidating these Consolidated Cases with the Harris Case (Case No. 04-1100) for discovery purposes only;

    B.    Extending all of the applicable dates and deadlines to the dates and deadlines currently set in the Harris Case (i.e., discovery cutoff on March 31, 2005; dispositive motions by April 29, 2005; and final pretrial conference on July 15, 2005, at 10:00 a.m.);

    C.    Granting the parties such other and further relief as this Court deems just and proper.

Dated: November 2, 2004

                                                             Respectfully submitted,

| /s/ Jonathan A. Backman | /s/ Terence B. Kelly |
|---|---|
| Jonathan A. Backman | Terence B. Kelly |
| Law Office of Jonathan A. Backman | Thomson & Weintraub |
| 117 North Center Street | 103-5 North Center Street |
| Bloomington, Illinois 61701-1640 | P.O. Box 3577 |
| (309) 820-7420 | Bloomington, Illinois 61702-3577 |
| | (309) 829-7069 |
| *Attorney for Plaintiffs Rafeal Whitlow and Marian Buchanan* | *Attorney for Defendant TNT Logistics North America, Inc.* |