**E-FILED**
Saturday, 28 May, 2005  03:43:43 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS - PEORIA DIVISION

| | | |
|---|---|---|
| MARIAN BUCHANAN, | ) | |
| | ) | |
| plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  03-1186 |
| | ) | |
| TNT LOGISTICS NORTH AMERICA, INC. | ) | |
| | ) | |
| defendant. | ) | |

<u>MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL</u>

Jonathan A. Backman, as counsel to plaintiff Marian Buchanan, respectfully moves this Court for the entry of an Order authorizing Mr. Backman's withdrawal from his representation of Ms. Buchanan in this case.  In support of his motion, Mr. Backman states as follows:

1.     Since the commencement of this case, plaintiff has served as counsel for Ms. Buchanan and as counsel for the plaintiffs in two other consolidated cases against defendant TNT Logistics North America, Inc. ("TNT"), *Whitlow v. TNT Logistics North America, Inc.*, Case. No. 03-1117, and *Buchanan v. TNT Logistics North America, Inc.*, Case. No. 04-1100.

2.     Unfortunately, over the past two months, a disagreement has arisen between Ms. Buchanan and Mr. Backman regarding future proceedings in this case, and very recently, communications between the two have ceased.

3.     Ms. Buchanan has requested that Mr. Backman withdraw from representing her; at this point, Mr. Backman reluctantly agrees that the disagreement between Ms. Buchanan and him cannot be rectified and that it would best serve Ms. Buchanan's interests if he withdrew from the representation.

4.    Mr. Backman's withdrawal from this case will have no effect on his continuing representation of the plaintiffs in the other two consolidated cases referenced in paragraph 1 above.

5.    As for the proceedings in this case, discovery has been completed, and if Ms. Buchanan chooses to oppose TNT's inevitable motion for summary judgment, then she will have until at least early August (i.e., three weeks from the July 15 dispositive motion deadline) to do so.  Thus, Mr. Backman's withdrawal at this time will not prejudice Ms. Buchanan's interests in this case.

WHEREFORE, Mr. Backman prays that the Court enter an Order authorizing and providing for his withdrawal from his representation of Ms. Buchanan in this case, and that the Court grant him such other and further relief as to which he may be entitled.

Dated: May 28, 2005                              Respectfully submitted,


  /s/ Jonathan A. Backman
Jonathan A. Backman



Jonathan A. Backman
Law Office of Jonathan A. Backman
117 North Center Street
Bloomington, Illinois 61701-1640
(309) 820-7420

<u>CERTIFICATE OF SERVICE</u>

I, Jonathan A. Backman, an Illinois attorney, hereby certify hereby certify that on May 28, 2005, I electronically filed the foregoing **Motion to Withdraw as Plaintiff's Counsel** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Terence B. Kelly, Esq.
Thomson & Weintraub
103-5 North Center Street
P.O. Box 3577
Bloomington, Illinois  61702-3577
tkelly@tnwlaw.com


and I hereby certify that I have delivered the document by United States Mail, postage pre-paid, to the following non-CM/ECF participant(s):

Ms. Marian Buchanan
910 East Oakland
Bloomington, IL 61701


/s/ Jonathan A. Backman
_____
Jonathan A. Backman