**E-FILED**
Wednesday, 08 June, 2005  02:58:44 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | | |
|---|---|---|
| MARIAN BUCHANAN, | ) | |
| | ) | |
| plaintiff, | ) | |
| | ) | Case No. 03-1186 |
| v. | ) | |
| | ) | |
| TNT LOGISTICS NORTH AMERICA, INC., | ) | Magistrate Judge John A. Gorman |
| | ) | |
| defendant. | ) | |

CERTIFICATION OF DELIVERY

I, Jonathan A. Backman, an Illinois attorney, hereby certify that on June 1, 2005, I delivered to Ms. Marian Buchanan, per the Court's instructions, a letter advising her of the contents of the Court's Docket Entry of May 31, 2005, together with a copy of said Docket Entry, by both United States First Class and United States Certified Mail addressed to Ms. Marian Buchanan, 910 East Oakland, Bloomington, Illinois, 61701, and I further state that the Certified Mail envelope was returned for refusal to accept service.  A true and correct copy of the returned Certified Mail envelope is attached hereto.

Dated: June 8, 2005

Respectfully submitted,

__/s/ Jonathan A. Backman_____
Jonathan A. Backman

Jonathan A. Backman
Law Office of Jonathan A. Backman
117 North Center Street
Bloomington, Illinois 61701-1640
(309) 820-7420

## CERTIFICATE OF SERVICE

I, Jonathan A. Backman, an Illinois attorney, hereby certify that on June 8, 2005, I electronically filed the foregoing **Certification of Delivery** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Terence B. Kelly, Esq.
Thomson & Weintraub
103-5 North Center Street
P.O. Box 3577
Bloomington, Illinois  61702-3577
tkelly@tnwlaw.com


and I hereby certify that I have delivered the document by United States Mail, postage pre-paid, to the following non-CM/ECF participant(s):

Ms. Marian Buchanan
910 East Oakland
Bloomington, IL  61701


        /s/ Jonathan A. Backman
        _____
        Jonathan A. Backman