CERTIFIED MAIL

**E-FILED**
Wednesday, 08 June, 2005 03:00:15 PM
Clerk, U.S. District Court, ILCD

LAW OFFICE
**JONATHAN A. BACKMAN**
117 North Center Street
Bloomington, IL 61701-5001

7001 2510 0003 7305 3041

Leave At
118 W Wash
& if not
Thier



UNITED STATES
POSTAL SERVICE

9264    61701

U.S. POSTAGE
BLOOMINGTON
61701
JUN 01 05
AMOUNT
**$4.42**
00035886-03

RETURN RECEIPT
REQUESTED

REFUSED

Refused

Ms. Marian Buchanan
910 East Oakland
Bloomington, IL 61701