E-FILED
Wednesday, 27 July, 2005   10:10:12 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Marian Buchanan, | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | Case No. 03-1186 |
| | ) | |
| TNT Logistics North America, Inc., | ) | |
| Defendant | ) | |

**ORDER**

At a hearing held on this date, plaintiff orally represented that she did not wish to proceed with this lawsuit, and she orally moved for voluntary dismissal. Defendant stated that there was no objection.

Accordingly, pursuant to those representations and pursuant to Fed.R.Civ.P.41(a)(1), this case is dismissed.

ENTER this 26th day of July, 2005.

s/ John A. Gorman

JOHN A. GORMAN

UNITED STATES MAGISTRATE JUDGE